JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM J. NEUFELD, JR., | ) | No. CV 12-7379-JFW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LIEUTENANT KENITZ, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: September 4, 2012

_____
JOHN F. WALTER
United States District Judge